R. R. OSBORN V. STATE.

No. 26,241. February 4, 1953.
Rehearing Denied March 18, 1953.

*M. Gabriel Nahas, Jr.,* Houston, for appellant.

*William H. Scott,* Criminal District Attorney, *King C. Haynie,* Assistant Criminal District Attorney, Houston, and *George P. Blackburn,* State's Attorney, Austin, for the state.

WOODLEY, Judge.

The conviction is for embezzlement of Twenty-Five Dollars; the punishment, one day in jail and a fine of $25.00.

The facts are practically identical with those in Osborn v. State, No. 26,239, (page 378, this volume), this day decided, except that here the $25.00 was received by appellant from Adolph Gonzales and appropriated to his own use.

The evidence sustains the conviction and no reversible error appears.

The judgment is affirmed.

ON APPELLANT'S MOTION FOR REHEARING.

DAVIDSON, Judge.

The reasons assigned for overruling the motion for rehearing in Case No. 26,239, (page 378, this volume), against this appellant, are applicable and controlling here.

For the reasons there assigned, the motion for rehearing is overruled.

Opinion approved by the court.